IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO: 3:12cr239 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| RAMIN AMINI, et al | ) | |

    Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND

DECREED that the above referenced Superseding Bill of Indictment, Warrants and the Motion to

Seal the Bill of Indictment be sealed until the defendants have been arrested.

    This the __18th__ day of April, 2013.

 

 

UNITED STATES MAGISTRATE JUDGE