UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-239-GCM

| UNITED STATES OF AMERICA | | ) | |
|---|---|---|---|
| | | ) | |
| v. | | ) | **ORDER** |
| | | ) | |
| TYSON BARNES | (2) | ) | |
| GLYNN HUBBARD | (4) | ) | |
| TOBY HUNTER | (6) | ) | |
| STEVEN JONES | (7) | ) | |
| JOHN MCDOWELL | (8) | ) | |
| KUROSH MEHR | (9) | ) | |
| ANN TYSON MITCHELL | (10) | ) | |
| JOHN WAYNE PERRY | (11) | ) | |
| DONTE THOROGOOD | (12) | ) | |
| CARRIE TYSON | (13) | ) | |
| JAMES TYSON JR. | (14) | ) | |
| JAMES TYSON SR. | (15) | ) | |
| NATHAN SHANE WOLF | (16) | ) | |
| WILLIAM BROWN | (18) | ) | |
| BENJAMIN CLARKE | (19) | ) | |
| FRANK DESIMONE | (20) | ) | |
| JAMES E. FINK | (22) | ) | |
| RALPH JOHNSON | (23) | ) | |
| MATTHEW NEWLAND | (25) | ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION**. Having received this case from the docket of another judge, this matter is now scheduled for trial on October 15, 2013 at 10:00 a.m. to be held in the Statesville Division.

**AS TO ALL DEFENDANTS**, the court finds that the ends of justice served by taking such action outweigh the interest of the public and defendant to a speedy trial as set forth in 8 U.S.C. § 3161(h)(8)(A), (B).

**IT IS THEREFORE ORDERED** that the above captioned case is set for October 15, 2013 as to all defendants, including any defendant who has not yet made an initial appearance before the court.

Signed: May 16, 2013

Graham C. Mullen
United States District Judge