IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CR239

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| RAMIN AMINI, et al. | ) | |
| | ) | |

This matter is before the Court on its own motion. This case is set for trial beginning October 15, 2013 in Statesville. In the interest of judicial economy and courtroom logistics, the U.S. Attorney is directed to recommend to the Court groupings of 6-7 defendants that will all go to trial together. The Court anticipates holding four separate trials of 6-7 defendants each. Should any defendants in a particular group enter into a plea agreement, defendants from the following group will move up to take their place.

IT IS SO ORDERED.

Signed: May 20, 2013

Graham C. Mullen
United States District Judge