IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cr239

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RAMIN AMINI, *et al*. | ) | |
| | ) | |

This matter is before the Court on its own motion. This case is hereby set for a status conference on August 15, 2013 at 2:00 p.m. in Courtroom #3.

IT IS SO ORDERED.

Signed: August 8, 2013

Graham C. Mullen
United States District Judge