IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CR239

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| RAMIN AMINI, *et al*. ) | |
| ) | |

      This matter is before the Court upon its own motion. The government has filed an updated report of recommended groupings of defendants for trial in this case. Pursuant to the government's recommendation, Group One will consist of Nathan Wolf (16), William Brown (18), Denetria Myles (24) and Glynn Hubbard (4). Trial for Group One will begin on October 15, 2013. Group Two will consist of Carrie Tyson (13), Toby Hunter (6), Frank DeSimone (20), and James Tyson, Jr. (14), who will be scheduled for trial in January 2014. Group Three will consist of Kurosh Mehr (9), Ann Tyson Mitchell (10), John Wayne Perry, Jr. (11) and Lorie Dooley (21), and will be set for trial after January. Should one or more defendants in any group enter into plea agreements, no defendants will be moved up to take their place.

      IT IS SO ORDERED.

Signed: September 6, 2013

*[signature]*

Graham C. Mullen
United States District Judge