UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12-cr-239-GCM |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **FINDING OF NO PRIVILEGE AND** |
| RAMIN AMINI, et al. | ) | **ORDERING PRODUCTION OF** |
| | ) | **DOCUMENTS** |
| | ) | |
| _____ | ) | |

This matter is before the Court upon motion of the United States (Doc. No. 321) for a Finding of No Privilege and Order Permitting Production of Documents. For each of the three alternative reasons set forth in the United States' Motion, without objection or assertion of privilege from any Defendant or any other potentially interested party, and for good cause shown, this Court grants the United States' Motion, finding that no privilege exists and/or remains as to the documents and communications referenced in the United States' motion. In light of the foregoing, the United States may produce the unreviewed documents obtained from the CFTC to Defendants, pursuant to and consistent with the terms of the existing discovery agreements.

**SO ORDERED.**

Signed: November 7, 2013

Graham C. Mullen
United States District Judge