IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-00239-GCM

| USA, | ) | |
|---|---|---|
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KUROSH MEHR | ) | |
| WILLIAM BROWN | ) | |
| BENJAMIN CLARKE | ) | |
| JAMES E. FINK | ) | |
| RALPH JOHNSON | ) | |
| DENETRIA MYLES | ) | |
| MATTHEW NEWLAND, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the Court on the Government's Omnibus Motion for Final Determination of Restitution. (Doc. No. 1207) In its Motion, the Government requests that the Court order restitution in the amount of $0.00 as to Defendants Kurosh Mehr, William Brown, Benjamin Clarke, James E. Fink, Ralph Johnson, Denetria Myles, and Matthew Newland. (*Id.*) The Government states that the parties have stipulated to the restitution amount and affirms that it has complied with its obligations under the Mandatory Victims Restitution Act, 18 U.S.C § 3771(a). (*Id.*)

**IT IS HEREBY ORDERED** that the Government's Motion is **GRANTED.** Restitution is set at $0.00 for Defendants Kurosh Mehr, William Brown, Benjamin Clarke, James E. Fink, Ralph Johnson, Denetria Myles, and Matthew Newland.

**SO ORDERED.**

Signed: February 4, 2016

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge